ACCEPTED
01-14-00868-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/27/2015 6:56:15 PM
CHRISTOPHER PRINE
CLERK

No. 01-14-00868-CR

In the
Court of Appeals for the First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/27/2015 6:56:15 PM
CHRISTOPHER A. PRINE
Clerk

Cause No. 2014V-0074
In the 155th District Court
Of Austin County, Texas

EX PARTE STUART WHEELER

STATE'S NOTICE OF ATTORNEY PRESENTING ARGUMENT

The State of Texas will be represented by Brandy Robinson for oral argument on April 29, 2015.  Appellee apologizes to the Court and opposing counsel for its tardy designation.

Respectfully submitted,

Brandy N. Robinson
One East Main Street
Bellville, Texas 77418
(979) 865-5933
Texas Bar No. 24051688

## CERTIFICATE OF SERVICE

I, Brandy Robinson, hereby certify that a true and correct copy of the foregoing instrument has been served upon the Appellant by electronic filing to Mark Bennett, attorney for Appellant.

Date: 4-27-15

_Brandy Robinson_
Brandy Robinson